UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 08-23138-CIV-GOLD/WHITE

EDSON A. VILME,

    Petitioner,

v.

WALTER M. McNEIL,

    Respondent.

_____/

ORDER ADOPTING AND AFFIRMING REPORT OF MAGISTRATE
JUDGE WHITE **[DE 15]**; DENYING PETITIONER'S OBJECTIONS **[DE 18]**

**I.   Introduction**

THIS CAUSE is before the Court upon Magistrate Judge White's Report and Recommendations **[DE 15]**, entered on November 18, 2009 (hereinafter, the "Report"). The Report recommends that the *pro se* Petitioner's request for habeas relief **[DE 1]** be denied, and that his Motion to Stay Pending Exhaustion **[DE 13]** be denied. Petitioner objected to the Report on January 8, 2010. *See* **[DE 18]**. Having reviewed the Petition, the Report, the record, the applicable case law, and being otherwise duly advised, I adopt and affirm the Magistrate's Report for the reasons set forth below.

**II.   Background and Analysis**

Approximately ten years ago, Petitioner was convicted of first degree murder, attempted felony murder with a deadly weapon, and attempted armed robbery in Miami-Dade Circuit Court. **[DE 11; App. E]**. Following conviction, Petitioner filed a direct appeal with Florida's Third District Court of Appeal (hereinafter, DCA), which upheld his conviction. *Vilme v. State*, 896 So.2d 767 (Fla. 3d DCA 3004) (*per curium*). Shortly thereafter, Petitioner filed a motion for post-conviction relief pursuant to Florida Rule of Criminal

Procedure 3.850, which the trial court summarily denied. **[DE 11; App. K, L, M]**. Following this denial, Petitioner appealed the trial court's decision, which the Third DCA subsequently affirmed without issuing a written opinion. *Vilme v. State*, 973 So.2d 1141 (Fla. 3d DCA 2007).

After the post-conviction appellate proceedings concluded, Petitioner filed a petition for writ of habeas corpus in state court alleging that he received ineffective assistance of appellate counsel. **[DE 11; App. R]**. That petition was denied by the Third DCA. *Vilme v. State*, 990 So.2d 1081 (Fla. 3d DCA 2008). Subsequently, Petitioner filed the instant petition in federal court alleging ineffective assistance of trial counsel, numerous violations of his due process rights by the trial court, and ineffective assistance of appellate counsel. *See* **[DE 1]**. This Court referred the petition to Magistrate Judge Patrick A. White, who issued a Report finding Petitioner's claims to be without merit and recommending that the petition be denied. *See* **[DE 15]**. The Report further recommends that Petitioner's Motion to Stay Pending Exhaustion **[DE 13]** be denied in the interests of judicial economy given that Petitioner's unexhausted claims are either without merit or "not cognizable in this federal habeas corpus proceeding." *Id.* at 7.

In his Objections, Petitioner raises the exact same arguments presented to Magistrate Judge White. **[DE 18]**.[1] While I recognize that such objections are generally insufficient,[2] I have considered Petitioner's arguments in the interests of justice and conclude that they are without merit for the reasons set forth in the Magistrate's well-reasoned Report.

---

[1] Petitioner did not timely object to Magistrate Judge White's Recommendation as to the Motion to Stay. *See* **[DE 18]**.

[2] *VanDiver v. Martin*, 304 F. Supp. 2d 934, 937 (E.D. Mich. 2004) (noting that "[a] general objection, or one that merely restates the arguments previously presented is not sufficient to alert the court to alleged errors on the part of the magistrate judge [and] . . . is not an "objection" as that term is used in this context.") (citation omitted).

III.   **Conclusion**

Based on the foregoing, it is hereby

ORDERED AND ADJUDGED that:

1. Petitioner's Objections **[DE 18]** are OVERRULED.
2. The Report and Recommendations **[DE 15]** is AFFIRMED AND ADOPTED.
3. The Petition for Writ of Habeas Corpus **[DE 1]** is DENIED.
4. The Motion for Stay **[DE 13]** is DENIED.
5. All pending motions are DENIED AS MOOT and all upcoming hearings are CANCELLED.
6. This Case is CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida this 3 day of Feb, 2010.

THE HONORABLE ALAN S. GOLD
U.S. DISTRICT COURT JUDGE

cc:
Magistrate Judge Patrick A. White

Edson A. Vilme, *pro se*
DC #M09966
Dade Correctional Institution
19000 S.W. 377 Street,
Florida City, Florida 33034